IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

AUGUSTINA C. AMALU,
*individually and as next kin of and*
*Administrator of the Estate of*
IFEYINWA STEPHANIE AMALU, *deceased,*
*et. al.*

       Plaintiffs,

v.                             NO.   1:15-cv-01116 STA-egb
                                     JURY DEMAND

STEVENS TRANSPORT, INC.,
*et. al.*
       Defendants.

## ORDER DENYING MOTION FOR LEAVE TO FILE VIA SHARED FOLDER AND GRANTING PERMISSION TO MANUALLY FILE A COMPACT DISC

Before the Court is Plaintiffs' Motion for Leave to File Via Shared Folder. (ECF No. 336.) The motion states that Plaintiffs have been unable to upload depositions by normal ECF procedures. Because Plaintiffs' purposed remedy could leave the Court vulnerable to outside security threats, the motion is **DENIED**. However, Plaintiffs are **GRANTED** permission to manually file a compact disc which contains any portions of the depositions on which they intend to rely in support of their motion for partial summary judgment.

Plaintiffs are instructed to review Rules 7.2 and 7.3 of the ECF Policies and Procedures Manual before filing the depositions, specifically the portion of Rule 7.2 stating, "An E-Filer shall submit as exhibits or attachments **only** those excerpts of referenced documents that are directly pertinent to the matter under consideration

by the court together with the cover sheet or other excerpts necessary to identify the source of the information (e.g., deposition cover page)." (emphasis added).

Plaintiffs shall electronically file a notice to the record of manually filing the compact disc and then submit the compact disc to the Court after the notice has been filed along with a copy of the notice and a copy of this order.

**IT IS SO ORDERED.**

          **s/ S. Thomas Anderson**
          S. THOMAS ANDERSON
          CHIEF UNITED STATES DISTRICT JUDGE

          Date:   July 5, 2017