UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **AUGUSTINE C. AMALU, ET AL.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| **LSH TRANSPORT, LLC, ET AL.,** | CASE NO: 15-1116-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on July 17, 2018, this cause is hereby **DISMISSED** with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/18/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk